[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-10126

Non-Argument Calendar

_____

NEW SQUARE, LLC.,
d.b.a. Square at Lawrenceville,

Plaintiff-Appellee,

*versus*

LASHONDA MILES-BROADWAY,

Defendant-Appellant,

MIYANA BROADWAY,

Defendant.

2                     Opinion of the Court                     25-10126

———————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:24-cv-05942-MLB

———————————————

Before ROSENBAUM, JILL PRYOR, and ABUDU, Circuit Judges.

PER CURIAM:

Lashonda Miles-Broadway, proceeding *pro se*, appeals from the district court's December 31, 2024, order remanding her case to Georgia state court for lack of subject matter jurisdiction. We lack jurisdiction to review that order. *See* 28 U.S.C. § 1447(c), (d) (generally barring review of orders remanding cases removed from state court); *MSP Recovery Claims, Series LLC v. Hanover Ins. Co.*, 995 F.3d 1289, 1294 (11th Cir. 2021) (explaining that remand orders for which review is barred include those based on a lack of subject matter jurisdiction); *Whole Health Chiropractic & Wellness, Inc. v. Humana Med. Plan, Inc.*, 254 F.3d 1317, 1319 (11th Cir. 2001) (explaining that remand orders are only reviewable if, as relevant here, they are based on grounds other than lack of subject matter jurisdiction); *New v. Sports & Recreation*, 114 F.3d 1092, 1096 (11th Cir. 1997) (explaining that "a district court does not have to expressly state its reliance on section 1447(c) to preclude appellate review"). Additionally, Miles-Broadway did not invoke 28 U.S.C. §§ 1442 or 1443 in her notice of removal. *See* 28 U.S.C. § 1447(d); *BP P.L.C. v. Mayor of Balt.*, 141 S. Ct. 1532, 1538 (2021).

25-10126                 Opinion of the Court                 3

Accordingly, this appeal is DISMISSED, *sua sponte*, for lack of jurisdiction.  No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.